v.

**The STATE of Texas, Appellee.**

No. 28211.

Court of Criminal Appeals of Texas.

March 28, 1956.

**Gilbert Allen SANDERSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28275.

Court of Criminal Appeals of Texas.

April 25, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful possession of a narcotic drug; the punishment, seven years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.